**IN THE COURT OF APPEALS OF THE STATE OF IDAHO**

**Docket No. 39873**

| | |
|---|---|
| STATE OF IDAHO, | ) 2013 Unpublished Opinion No. 494 |
| | ) |
| Plaintiff-Respondent, | ) Filed: May 15, 2013 |
| | ) |
| v. | ) Stephen W. Kenyon, Clerk |
| | ) |
| JAMES MATTHEW ANDERSON, | ) THIS IS AN UNPUBLISHED |
| | ) OPINION AND SHALL NOT |
| Defendant-Appellant. | ) BE CITED AS AUTHORITY |
| | ) |

Appeal from the District Court of the First Judicial District, State of Idaho, Bonner County. Hon. Steven C. Verby, District Judge.

Judgment of conviction and unified sentence of twenty years, with a minimum period of confinement of ten years, for second degree murder, affirmed.

Sara B. Thomas, State Appellate Public Defender; Justin M. Curtis, Deputy Appellate Public Defender, Boise, for appellant.

Hon. Lawrence G. Wasden, Attorney General; Kenneth K. Jorgensen, Deputy Attorney General, Boise, for respondent.

_____

Before LANSING, Judge; GRATTON, Judge;
and MELANSON, Judge

_____

PER CURIAM

James Matthew Anderson was found guilty of second degree murder. I.C. §§ 18-4001, 18-4002, 18-4003, 18-4004. The district court sentenced Anderson to a unified term of twenty years, with a minimum period of confinement of ten years. Anderson appealed, and this Court vacated his judgment of conviction and remanded for resentencing because the district court had not realized its scope of discretion in setting a minimum term of confinement. Upon remand, the district court again sentenced Anderson to a unified term of twenty years, with a minimum period of confinement of ten years. Anderson again appeals.

Sentencing is a matter for the trial court's discretion. Both our standard of review and the factors to be considered in evaluating the reasonableness of the sentence are well established and

need not be repeated here.  *See State v. Hernandez*, 121 Idaho 114, 117-18, 822 P.2d 1011, 1014-15 (Ct. App. 1991); *State v. Lopez*, 106 Idaho 447, 449-51, 680 P.2d 869, 871-73 (Ct. App. 1984); *State v. Toohill*, 103 Idaho 565, 568, 650 P.2d 707, 710 (Ct. App. 1982).  When reviewing the length of a sentence, we consider the defendant's entire sentence.  *State v. Oliver*, 144 Idaho 722, 726, 170 P.3d 387, 391 (2007).  Applying these standards, and having reviewed the record in this case, we cannot say that the district court abused its discretion.

Therefore, Anderson's judgment of conviction and sentence are affirmed.